IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BRANDEN STARLING,**
a/k/a **BRANDON STARLING,**

    Petitioner,

v.                                      Case No.  4:18cv175-MW/MJF

**SECRETARY, DEPARTMENT
OF CORRECTIONS STATE OF
FLORIDA,**

    Respondent.
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 23.  Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, ECF No. 1, challenging the judgment of conviction and sentence in *State of Florida v. Branden X. Starling*, Leon County Circuit Court Case No. 2002-CF-1581,

---

[1] This Court granted Petitioner an extension of time until August 20, 2020, to respond with objections to the Magistrate Judge's report and recommendation. ECF No. 25. As of the date of this order, no objection has been filed by Petitioner.

1

is **DENIED**. A Certificate of Appealability is **DENIED**." The Clerk shall also close the file.

    **SO ORDERED on August 24, 2020.**

                                      <u>**s/ MARK E. WALKER**</u>
                                      **Chief United States District Judge**